IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01357-WYD-OES

FRONTIER AIRLINES, INC.,

    Plaintiff,

v.

GUSTAV LEASING IV LIMITED;
DEBIS AIRFINANCE CORPORATION;
DEBIS AIRFINANCE USA, INC.;
DEBIS AIRFINANCE, INC.;
DEBIS AIRFINANCE - CORPORATE DOE I; and
DEBIS AIRFINANCE - CORPORATE DOE II,

    Defendants.

**ORDER**

THIS MATTER is before the Court on the parties Joint Motion for Stay, filed November 15, 2005.  After review of the Motion for Stay and the file in this matter, the Court finds that the Motion for Stay should be **GRANTED**.  Therefore, it is hereby

ORDERED that the Joint Motion for Stay is **GRANTED**, and the case is hereby **STAYED** to and including **Wednesday, November 30, 2005**.  It is

FURTHER ORDERED that the following deadlines shall be modified as set forth herein:

- The Deadline to hold Rule 26(f) meeting shall be **Wednesday, November 30, 2005.**

- The Response to Defendants' Motion to Strike Jury Demand and Motion

to Dismiss shall be **Monday, December 5, 2005.**

• The Defendants' reply in support of the Motion to Strike and Motion to Dismiss shall be **Tuesday, December 20, 2005.**

• The Scheduling Conference shall take place on **Tuesday, January 17, 2006**, or at such time as Magistrate Judge Schlatter's schedule permits.

• The Proposed Scheduling Order and Rule 26(a)(1) disclosures shall be filed one week prior to the date of the Scheduling Conference.

Dated:  November 17, 2005

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge