IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01357-WYD-OES

FRONTIER AIRLINES, INC.,

    Plaintiff,

v.

GUSTAV LEASING IV LIMITED;
DEBIS AIRFINANCE CORPORATION;
DEBIS AIRFINANCE USA, INC.;
DEBIS AIRFINANCE, INC.;
DEBIS AIRFINANCE - CORPORATE DOE I; and
DEBIS AIRFINANCE - CORPORATE DOE II,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Report on Status of Settlement (#19), filed December 7, 2005.  In the report, counsel for Frontier Airlines states that the parties are close to reaching a settlement to resolve this matter and anticipate that dismissal papers will be filed by December 20, 2005.  As such, the parties request that all future deadlines be stayed in anticipation of such a settlement.  Having reviewed the Report and the file in this matter, it is

ORDERED that the relief requested in the Report on Status of Settlement is **GRANTED**.  It is

FURTHER ORDERED that the case is hereby **STAYED** until **Tuesday,**

**December 20, 2005**.  It is

FURTHER ORDERED that the parties shall file either a stipulation of dismissal or a status report with the Court by **Tuesday, December 20, 2005**.

Dated:  December 8, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge