IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01357-WYD-OES

FRONTIER AIRLINES, INC.,

    Plaintiff,

v.

GUSTAV LEASING IV LIMITED;
DEBIS AIRFINANCE CORPORATION;
DEBIS AIRFINANCE USA, INC.;
DEBIS AIRFINANCE, INC.;
DEBIS AIRFINANCE - CORPORATE DOE I; and
DEBIS AIRFINANCE - CORPORATE DOE II,

    Defendants.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the Stipulation of Dismissal (#21), filed December 20, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

    Dated:  December 22, 2005

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge